# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **Case No.:** CR 06-259-1-JO | **Date of Proceeding:** 12/7/06 |
| **Presiding Judge:** ROBERT E. JONES | **Courtroom Deputy:** Cindy Schultz, telephone 503-326-8340 |
| **Reporter:** Bonita Shumway, telephone 503-326-8188   **Tape No:** | **AUSA:** Scott M. Kerin |

**DOCKET ENTRY:**

RECORD OF HEARING ON MOTION TO SUPPRESS EVIDENCE AND STATEMENTS AND REQUEST FOR A <u>FRANKS</u> HEARING:

All exhibits submitted by the parties in this matter were received as evidence.

Defendant's request for a hearing pursuant to <u>Franks v. Delaware</u>, 438 U.S. 154 (1978) was granted, and an evidentiary hearing was conducted accordingly.

Defendant's oral motion to unseal exhibits 103-A, 103-B, and 103-C, which were submitted to the court for *in camera* review before the hearing, was granted, and these exhibits were received as evidence.

Witnesses sworn and testimony adduced:  Detective Michael L. Davis (retired); Detective Rick Jackson.

Defendant's motion (#15) to suppress evidence and statements is taken under advisement.

| **DEFENDANT** | **COUNSEL** |
|---|---|
| (1) TOBY KENNETH HEER<br>[X] Present  [ ] O/R  [ ] Bond  [X] Custody | (1) CHRISTOPHER J. SCHATZ<br>[X] Present   [X] Appointed   [ ] Retained |
| (2) _____<br>[ ] Present  [ ] O/R  [ ] Bond  [ ] Custody | (2) _____<br>[ ] Present   [ ] Appointed   [ ] Retained |
| (3) _____<br>[ ] Present  [ ] O/R  [ ] Bond  [ ] Custody | (3) _____<br>[ ] Present   [ ] Appointed   [ ] Retained |
| (4) _____<br>[ ] Present  [ ] O/R  [ ] Bond  [ ] Custody | (4) _____<br>[ ] Present   [ ] Appointed   [ ] Retained |

cc:   [ ] Chambers               [ ] Probation Office
      [ ] Counsel of Record      [ ] Pretrial Services Office
      [ ] Jury Clerk             [ ] U.S. Marshal's Office        **Document No:** _____

**CRIMINAL MINUTES**